# UNITED STATES DISTRICT COURT

District of Massachusetts

FORD MOTOR CREDIT COMPANY

V.

INTERNATIONAL TRUCK CENTER OF
BOSTON, LLC

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 11081 RWZ

TO: (Name and address of Defendant)

International Truck Center of Boston, LLC
340 Mystic Avenue
Medford, MA 02155

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael E. Hager, Esquire
Dane & Howe
45 School Street
Boston, MA 02108-3204

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAY 24 2005

CLERK

(By) DEPUTY CLERK

DATE

Deputy Sheriff GERARD WHITMAN



Middlesex Sheriff's Office • Civil Process Division, P.O. Box 7135, Lowell, MA 01852-0135 • (978) 452-3221

*Middlesex, ss.*

June 2, 2005

I hereby certify and return that on 6/1/2005 at 2:00PM I served a true and attested copy of the SUMMONS, COMPLAINT, CIVIL ACTION COVER SHEET in this action in the following manner: To wit, by delivering in hand to GARY FENN, agent, person in charge at the time of service for INTERNATIONAL TRUCK CENTER OF BOSTON, LLC, at 18 SASSAFRAS Road, WESTFORD, MA 01886. Attest ($5.00), Basic Service Fee ($30.00), Conveyance ($3.00), Postage and Handling ($1.00), Travel ($16.12) Total Charges $55.12

_Gerard N Whitman_
Deputy Sheriff

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____  _____
            Date              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.