UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
FORD MOTOR CREDIT COMPANY,          )
    Plaintiff,                      )
                                    )
Vs.                                 )   Civil Action No. 05 11081 RWZ
                                    )
INTERNATIONAL TRUCK CENTER          )
OF BOSTON, INC.                     )
    Defendant                       )
_____)

**<u>NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT</u>**

    Now comes, Paul Marshall Harris, and files his appearance on behalf of defendant, International Truck Center of Boston, Inc., in the above referenced matter.

                                        Respectfully submitted
                                        INTERNATIONAL TRUCK CENTER OF
                                        BOSTON, INC.
                                        By it attorneys
                                        MURTHA CULLINA, LLP


                                        /S/_____
                                        Paul Marshall Harris BB# 223500
                                        99 High Street
                                        Boston, Massachusetts  02110
                                        617 457-4085

Dated: <u>July 11, 2005</u>