UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, )<br>    Plaintiff, )<br>)<br>Vs. )<br>)<br>INTERNATIONAL TRUCK CENTER )<br>OF BOSTON, INC. )<br>    Defendant )<br>) | Civil Action No. 05 11081 RWZ |

### REVISED NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT

Now comes, Paul Marshall Harris, and files his appearance on behalf of defendant, International Truck Center of Boston, Inc., in the above referenced matter.

                                            Respectfully submitted
                                            INTERNATIONAL TRUCK CENTER OF
                                            BOSTON, INC.
                                            By it attorneys
                                            MURTHA CULLINA, LLP

                                            Paul Marshall Harris BB# 223500
                                            99 High Street
                                            Boston, Massachusetts 02110
                                            617 457-4085

Dated: August 12, 2005