UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. No. 05-11081-RWZ

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | **NOTICE OF COUNSEL'S** |
| ) | **CHANGE OF ADDRESS** |
| INTERNATIONAL TRUCK CENTER ) | |
| OF BOSTON, LLC ) | |
| ) | |
| Defendant ) | |

Notice is hereby given, effective immediately, that my address, telephone number, facsimile number and e-mail address are now:

> Michael E. Hager, Esquire
> 11 Beacon Street
> Suite 1200
> Boston, MA 02108
> (617) 723-7133
> (617) 723-3272 (Facsimile)
> *mehager75@hotmail.com*

DATED: August 17, 2005

_____
Michael E. Hager, Esquire
11 Beacon Street
Suite 1200
Boston, MA 02108
(617) 723-7133
BBO #216460