UNITED STATES DISTRICT COURT
EASTERN DISTRICT

CIVIL ACTION
NO. 05-11081-RWZ

FORD MOTOR CREDIT COMPANY    )
                             )
    Plaintiff                )
                             )
v.                           )    APPLICATION FOR ENTRY OF
                             )    DEFAULT (Rule 55(a))
INTERNATIONAL TRUCK CENTER OF)
    BOSTON, INC.,            )
                             )
    Defendant                )

The undersigned requests that a default enter against the defendant pursuant to Fed. R. Civ. P. Rule 55(a) for its failure to plead in this action.

Subscribed this 2nd day of April, 2007 under the pains and penalties of perjury.

/s/ *Michael E. Hager*
Michael E. Hager, Esquire
11 Beacon Street (#1200)
Boston, MA 02108
(617) 723-7133
BBO No. 216460

Certificate of Service

I, Michael E. Hager, attorney for the plaintiff, hereby certify that on April 2, 2007 I mailed a copy of the foregoing Application for Entry of Default to counsel of record for the defendant, by first class mail, postage prepaid.

/s/ *Michael E. Hager*
Michael E. Hager
BBO No. 216460