UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Ford Motor Credit Company                .**                     CIVIL ACTION
         **Plaintiff**
                                                          NO.  05-cv-11081 RWZ
         V.

**International Truck Center of Boston, Inc             .**
         **Defendant**


## NOTICE OF DEFAULT

Upon application of the Plaintiff, **Ford Motor Credit Company**                    for an order of Default for failure of the Defendant, **International Truck Center of Boston, Inc.** _____, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 3rd   day of April 2007   .

                                        SARAH A. THORNTON
                                        CLERK OF COURT


                                   By:  **Jay Johnson**
                                        **Deputy Clerk**

**Notice mailed to:**



(Default Notice.wpd - 3/7/2005)