UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FORD MOTOR CREDIT COMPANY, ) | CIVIL ACTION |
| ) | NO. 05-11081-RWZ |
| Plaintiff, ) |  |
| ) |  |
| v. ) |  |
| ) | PLAINTIFF'S MOTION |
| INTERNATIONAL TRUCK CENTER OF ) | TO COMPEL |
| BOSTON, LLC, ) |  |
| ) |  |
| Defendant ) |  |

Now comes the plaintiff in the above-entitled action and moves that the defendant be ordered to complete the settlement reached by the parties by delivering to the undersigned an executed copy of the parties' settlement agreement.

In support hereof plaintiff submits the attached affidavit of its counsel of record.

Pursuant to Local Rule 7.1(A)(2) plaintiff hereby certifies that the parties have conferred in a good faith effort to resolve the issue.

By its attorney,

/s/ *Michael E. Hager*
Michael E. Hager, Esquire
11 Beacon Street (Suite 1200)
Boston, MA 02108-3016
(617) 723-7133
BBO No. 216460

## Certificate of Service

    I, Michael E. Hager, attorney for the plaintiff, hereby certify under the penalties of perjury that on July 2, 2007, I served a copy of the foregoing motion and attached affidavit upon counsel for the defendant by first class mail, postage prepaid.

/s/ *Michael E. Hager*
Michael E. Hager
BBO No. 216460

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> ) <br> INTERNATIONAL TRUCK CENTER OF ) <br> BOSTON, LLC, ) <br> ) <br> Defendant ) | CIVIL ACTION <br> NO. 05-11081-RWZ <br> <br> <br> <br> AFFIDAVIT |

I, Michael E. Hager, do depose and say that:

1. I am a member in good standing of the Massachusetts and federal bars and have represented the plaintiff continuously in its prosecution of the claim against the defendant that is the subject of the present action.

2. Since the filing of this action the parties have engaged in continuous settlement negotiations through their respective counsel of record, culminating in a final settlement memorialized by a 5-page written settlement agreement which the plaintiff executed on April 12, 2007.

3. Said agreement provided for confidentiality, for which reason no terms thereof are disclosed herein.

4. Said agreement imposed certain duties on the defendant, including the delivery to the plaintiff of a copy of said agreement executed by the defendant.

5. As of April 25, 2007 the plaintiff had complied with all duties imposed upon it by said agreement, including the furnishing to defense counsel of a copy of said agreement executed by the plaintiff, but to date the plaintiff has not received a copy of said agreement executed by the defendant.

6. Repeated requests in writing and by telephone contact with defense counsel have been to no avail; as recently as June 26, 2007, said defense counsel orally reassured the undersigned that a copy of said agreement as executed by the defendant would be delivered by the end of June, which did not happen.

Signed and sworn to under the pains and penalties of perjury this 27th day of July, 2007.

/s/ *Michael E. Hager*
Michael E. Hager, Esquire
11 Beacon Street (Suite 1200)
Boston, MA 02108-3016
(617) 723-7133
BBO No. 216460