UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| FORD MOTOR CREDIT COMPANY,<br><br>    Plaintiff<br><br>v.<br><br>INTERNATIONAL TRUCK CENTER OF<br>    BOSTON, LLC,<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO. 05-11081-RWZ<br><br><br><br>PLAINTIFF'S MOTION<br>FOR CONTEMPT SANCTIONS |

Now comes the plaintiff in the above-entitled action and moves that the Court award it sanctions for the defendant's failure to comply with the order of August 17, 2007 (Zobel, J.).

In support of this motion the defendant has attached an affidavit of its counsel of record.

By its attorney,

/s/ *Michael E. Hager*
Michael E. Hager, Esquire
11 Beacon Street (Suite 1200)
Boston, MA 02108-3016
(617) 723-7133
BBO No. 216460

## Affidavit of Michael E. Hager

I, Michael E. Hager, on oath do depose and say that:

1.   I am a member in good standing of the bar of the Federal District Court of Massachusetts and have represented Ford Motor Credit Company continuously in is litigation against International Truck Center of Boston, LLC, Civil Action No. 05-11081-RWZ.

2.   On August 17, 2007, the Court issued an order compelling the defendant to deliver a completely executed copy of the settlement agreement entered into by the parties to resolve this litigation within 10 days, i.e. on or before Monday, August 27, 2007; on August 17, 2007 the defendant received electronic notification of this order.

3.   On August 30, 2007 I wrote Attorney Paul Marshall Harris, counsel of record for the defendant, reminding him of the August 17th order and seeking compliance therewith (copy of letter attached as "A").

4.   On September 26, 2007, during a telephone conversation with Mr. Harris concerning different litigation, he volunteered that delivery of the executed copy of the settlement agreement should be forthcoming in a matter of a few days.

5.   On November 26, 2007, I received from Mr. Harris a facsimile transmission, including a copy of the settlement

agreement as executed by his client. On the cover sheet for this transmission Mr. Harris acknowledged that the agreement had not been properly executed, and he promised to provide me with a corrected agreement with original signatures.

6. Despite reminders in letters from me dated December 5th and December 22nd, as of this date I have not received the required, correctly executed copy of the settlement agreement.

7  Accordingly, I have filed a motion for sanctions for the defendant's failure to comply with the order of August 17, 2007, to include an award of reasonable attorney's fees and costs incurred in an effort to obtain the necessary document and to enforce the aforesaid court order.

Signed and sworn to under the pains and penalties of perjury this 21st day of January, 2008.

/s/ Michael E. Hager
Michael E. Hager
BBO No. 216460

### Certificate of Service

I, Michael E. Hager, hereby certify under the penalties of perjury that on Januarry 21, 2008, I served a copy of the foregoing motion and affidavit upon the defendant electronically and by first class mail, postage prepaid, addressed to: Paul Marshall Harris, Esquire, Murtha Cullina LLP, 99 High Street, Boston, MA 02110.

/s/ Michael E. Hager
Michael E. Hager
BBO No. 216460

**MICHAEL E. HAGER**
ATTORNEY AT LAW
11 BEACON STREET, SUITE 1200
BOSTON, MASSACHUSETTS 02108

TELEPHONE
(617) 723-7133
FACSIMILE
(617) 723-3272

August 30, 2007

**BY FACSIMILE (617) 210-7085**

Paul Marshall Harris, Esquire
Murtha Cullina LLP
99 High Street
Boston, MA 02110-2320

Re: FMCC v. International Truck Center

Dear Mr. Harris:

On August 17th Judge Zobel allowed my motion to compel and ordered you to provide me with a copy of the settlement agreement executed by your client within ten (10) days, i.e., by August 27th. You received electronic notification of that order (see enclosed copy of docket entries). To date I have heard nothing from you.

I do not understand why completion of the settlement should present such an obstacle. Ford Credit regards you as in contempt of the order and expects me to act accordingly to protect its interest.

Very truly yours,

Michael E. Hager

Enclosure

MEH/mh

"A"