UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FORD MOTOR CREDIT COMPANY,<br>    Plaintiff,<br><br>Vs.<br><br>INTERNATIONAL TRUCK CENTER<br>OF BOSTON, INC.<br>    Defendant | Civil Action No. 05 11081 RWZ |

**AFFIDAVIT OF PAUL MARSHALL HARRIS IN SUPPORT OF DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR CONTEMPT SANCTIONS**

I, Paul Marshall Harris hereby state upon my personal knowledge as follows:

1. I am a member in good standing of the Bar of the Federal District Court of Massachusetts and have represented the defendant, International Truck Center of Boston, LLC, throughout this litigation in this matter.

2. The attached signature page of the release and the settlement agreement between the parties is a true and accurate copy of the release and settlement agreement signature pages that were provided to Attorney Michael Hager on November 26, 2007.

3. The signature page of the release and settlement agreement contain the signature of Wallace Olsen, Jr. as witnessed by his wife Katherine E. Olsen as necessary.

4. At no time has the defendant in any manner denied that they are bound by the terms of the release or settlement agreement.

5. At all times the defendant has honor the terms of the release and settlement agreement, including but not limited to, paying over the full amount of monies agreed to in the settlement agreement in accordance with the terms of the settlement agreement.

Signed under the pains and penalties of perjury this 4th day of February, 2008.

_____
Paul Marshall Harris

12. <u>Governing Law</u>. This Agreement is negotiated and executed under the laws of the Commonwealth of Massachusetts and is a Massachusetts contract. All parties hereto consent to jurisdiction in the Commonwealth of Massachusetts for purposes of interpreting or enforcing the provisions of this Agreement.

13. <u>Voluntary Execution</u>. Ford Credit and International acknowledge that they have carefully read this Agreement; that they have received independent legal advice from their own counsel or have had an opportunity to seek independent legal advice; that they fully understand the facts and have been advised of all legal right or liabilities; that after such advice and knowledge they believe the Agreement to be fair, just and reasonable; and that they sign the agreement freely and voluntarily.

14. <u>Confidentiality</u>. This Agreement, its contents and the terms thereof, will be kept strictly confidential by the parties and will not be disclosed to any third party, with the exception of their respective attorneys, accountants and other financial professional; provided that: (a) a disclosure may be made with the prior mutual and written consent of the parties; and (b) such information may be disclosed if required by legal process or by courts of competent jurisdiction or to any regulators of the parties hereto.

EXECUTED as a sealed instrument this ____ day of January, 2007.

| Ford Motor Credit Company | International Truck Center of Boston, LLC |
|---|---|
| By _____ <br> Title: Counsel - Litigation | By _Vice President_____ <br> Title: |
| | _Wallace Olson Jr._____ <br> Wallace Olson, Jr. |

5

# RELEASE

January   , 2007

For good and valuable consideration, including dismissal of the within-described action, the receipt whereof is hereby acknowledged, I hereby remise, release and forever discharge Ford Motor Credit Company, payor, its agents, servants and employees, of and from all debts, demands and liabilities of whatever form and nature, both in law and in equity, which against said payor I now have or ever had from the beginning of the world to the present and in particular arising out of a certain Automotive Wholesale Plan and Wholesale Financing Agreement executed by International Truck Center of Boston, LLC on May 12, 1999, and any guaranty executed in connection therewith, and more particularly those claims raised in the action of <u>Ford Motor Credit Company</u> v. <u>International Truck Center of Boston, LLC</u>, United States District Court (District of Massachusetts) Civil Action No. 05-11081-RWZ.

WITNESS MY HAND AND SEAL

_____          _____
Witness                                                         Wallace Olson, Jr.