UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FORD MOTOR CREDIT COMPANY,<br><br>    Plaintiff<br><br>v.<br><br>INTERNATIONAL TRUCK CENTER OF<br>    BOSTON, LLC,<br><br>    Defendant | CIVIL ACTION<br>NO. 05-11081-RWZ<br><br><br><br>PLAINTIFF'S CORRECTED MOTION<br>FOR CONTEMPT SANCTIONS |

Now comes the plaintiff in the above-entitled action and moves that the Court award it sanctions for the defendant's failure to comply with the order of August 17, 2007 (Zobel, J.).

In support of this motion the defendant has attached an affidavit of its counsel of record.

Pursuant to Local Rule 7.1(A)(2) plaintiff hereby certifies that the parties have conferred in a good faith effort to resolve the issue.

### Request for Oral Argument

Plaintiff respectfully requests that this motion be the subject of oral argument.

By its attorney,

*/s/ Michael E. Hager*
Michael E. Hager, Esquire
11 Beacon Street (Suite 1200)
Boston, MA 02108-3016
(617) 723-7133
BBO No. 216460

### Affidavit of Michael E. Hager

I, Michael E. Hager, on oath do depose and say that:

1. I am a member in good standing of the bar of the Federal District Court of Massachusetts and have represented Ford Motor Credit Company continuously in is litigation against International Truck Center of Boston, LLC, Civil Action No. 05-11081-RWZ.

2. On August 17, 2007, the Court issued an order compelling the defendant to deliver a completely executed copy of the settlement agreement entered into by the parties to resolve this litigation within 10 days, i.e. on or before Monday, August 27, 2007; on August 17, 2007 the defendant received electronic notification of this order.

3. On August 30, 2007 I wrote Attorney Paul Marshall Harris, counsel of record for the defendant, reminding him of the August 17th order and seeking compliance therewith.

4. On September 26, 2007, during a telephone conversation with Mr. Harris concerning different litigation, he volunteered that delivery of the executed copy of the settlement agreement should be forthcoming in a matter of a few days.

5. On November 26, 2007, I received from Mr. Harris a facsimile transmission, including a copy of the settlement agreement as improperly executed by his client. On the cover sheet for this transmission (copy attached as "A") Mr. Harris acknowledged that the agreement had not been properly executed, and he promised to provide me with a corrected agreement with original signatures.

6. Despite reminders in letters from me dated December 5th and December 22nd, as of this date I have not received the required, correctly executed copy of the settlement agreement.

7. In response to my letter of December 22nd Mr. Harris sent me a facsimile letter dated December 28, 2007 in which he described Ford Credit's seeking of compliance with the Court's order as "Much to Do About Nothing."

8. Accordingly, I have filed a motion for sanctions for the defendant's failure to comply with the order of August 17, 2007, to include an award of reasonable attorney's fees and costs incurred in an effort to obtain the necessary document and to enforce the aforesaid court order.

Signed and sworn to under the pains and penalties of perjury this 7th day of February, 2008.

/s/ Michael E. Hager
Michael E. Hager
BBO No. 216460

### Certificate of Service

I, Michael E. Hager, hereby certify under the penalties of perjury that on February 7, 2008, I served a copy of the foregoing motion and affidavit upon the defendant electronically and by first class mail, postage prepaid, addressed to: Paul Marshall Harris, Esquire, Murtha Cullina LLP, 99 High Street, Boston, MA 02110.

/s/ Michael E. Hager
Michael E. Hager
BBO No. 216460

# MURTHA CULLINA LLP
## ATTORNEYS AT LAW

99 HIGH STREET
BOSTON, MA 02110-2320

TELEPHONE (617) 457-4085
FACSIMILE (617) 210-7085
www.murthalaw.com
pharris@murthalaw.com

## FACSIMILE TRANSMITTAL

| | | | |
|---|---|---|---|
| Date: | November 26, 2007 | Client Code: | 719720-03 |
| To: | Michael E. Hager, Esquire | Facsimile Number: | 617 723-3272 |
| RE: | FMC v. ITCOB Civil Action No. 05-11081-RWZ | Telephone Number: | |
| From: | Paul Marshall Harris, Esq. | Telephone Number: | 617-457-4085 |
| We Will Copy: | Name | Facsimile Number | Telephone Number |
| Total Number of Pages (including this cover page): | | 7 | Sent by: PMH2 |

MESSAGE:

**Dear Mr. Hager:**
**I was hoping to have the corrected Settlement Agreement signed but I did not get it so I am sending you what I received on Wednesday, November 21, 2007 and will follow up to get you a corrected Settlement Agreement and original signatures.**
**Thanks**

IF THERE ARE ANY PROBLEMS RECEIVING THIS TELECOPY
PLEASE CONTACT OUR FAX/MAIL CENTER AT (617) 457-4000, IMMEDIATELY.

THE INFORMATION CONTAINED IN THIS FACSIMILE TRANSMITTAL IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE DESIGNATED RECIPIENT(S) NAMED ABOVE. This transmittal may be a confidential attorney-client communication or may otherwise be privileged and confidential. If the reader of this transmittal is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this transmittal in error. If you have received this transmittal in error, please immediately notify Murtha Cullina LLP by telephone at (617) 457-4000, and return the original to us at the above address, via mail. We will gladly reimburse your telephone and postage expense for doing so. Thank you.

324393-1                                                                recycled paper


"A"